# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### _____ DIVISION

Marcus Davis 1041370

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

_(Write the full name of the plaintiff in this action._
_Include prisoner registration number.)_

**v.**

Wyandotte County Detention Center Medical staff

_(Write the full name of each defendant. The caption_
_must include the names of **all** of the parties._
_Fed. R. Civ. P. 10(a). Merely listing one party and_
_writing "et al." is insufficient. Attach additional_
_sheets if necessary.)_

Case No: _____
_(to be assigned by Clerk of District Court)_

Plaintiff Requests Trial by Jury
☒ Yes      ☐ No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

### NOTICE:

_Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from_
_public access to electronic court files. Under this rule, papers filed with the court should not_
_contain: an individual's full social security number or full birth date, the full name of a person_
_known to be a minor, or a complete financial account number. A filing may include only: the last_
_four digits of a social security number, the year of an individual's birth, a minor's initials, and_
_the last four digits of a financial account number._

_Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or_
_any other materials to the Clerk's Office with this complaint._

_In order for your complaint to be filed, it must be accompanied by the filing fee or an_
_application to proceed without prepayment of fees and costs._

## I.   The Parties to this Complaint

### A.   The Plaintiff

Name: Marcus Davis

Other names you have used:

Prisoner Registration Number: 1041370

Current Institution: Fulton Reception & Diagnostic Center

Indicate your prisoner status:

☐ Pretrial detainee                    ☐ Convicted and sentenced state prisoner

☐ Civilly committed detainee           ☐ Convicted and sentenced federal prisoner

☐ Immigration detainee                 ☒ Other (explain): Parole Violation

### B.   The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

### Defendant 1

Name: Wyandotte County Detention Center Medical Staff

Job or Title: Medical

Badge/Shield Number:

Employer: Wyandotte County Detention Center

Address: 710 North 7th Street Kansas City KS, 66101

___X___ Individual Capacity                    ___X___ Official Capacity

2

**Defendant 2**

Name: Daniel Soptic

Job or Title: Sheriff

Badge/Shield Number: _____

Employer: Wyandotte County Detention Center

Address: 710 North 7th Street Kansas City, Kansas 66101

☐ Individual Capacity         ☒ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

I was playing basketball in A pod at the Wyandotte County Detention Center back in August of 2022. I jammed my two middle fingers on my right hand. I filled out a Medical Service Request for it and was given IBuprofen. After about two weeks one finger was still swollen & hurt. I filled out another MSR and was given more IBuprofen. For two months my finger was swollen and Hurting. When I got to prison an x-ray was taken and revealed my finger was broke. Medical failed to properly care for my injuries.

3

Now that I'm in prison I have proper care for my injury. While in custody of Wyandotte County medical neglected to check and see if my finger was broke, instead I was just given meds for two months with no x-ray or nothing.

## III.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My finger is broke. The only thing I received was Ibuprofen. Seeing that my finger was crooked I thought Medical would have done X-rays to see if it was broke but they didn't.

4

## IV.    Relief

State briefly and precisely what you want the Court to do for you.  Do not make legal arguments. Do not cite any cases or statutes.  If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming.  Explain why you believe you are entitled to recover those damages.  I would like $100,000.00 dollars in compensation for neglecting to properly care for my injury. My finger has been broke for over 4 months now. I'm not able to make a complete fist. This is the hand I write with now I'm limited on what I can do.

## V.    Exhaustion of Administrative Remedies/Administrative **Procedures**

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes            ☐ No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

Wyandotte County Detenton Center

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes            ☐ No            ☐ Do not know

C.    If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes            ☐ No            ☑ Do not know

5

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes          ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes          ☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Wyandotte County Detention Center

2.    What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

My finger was swollen and crooked and I was in constant pain.

3.    What was the result, if any? (*Attach a copy of any written response to your grievance; if available*)

I was given Ibuprofen and that was it. No x-ray to see if anything was wrong, nothing.

4.      What steps, if any, did you take to appeal that decision?  Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*) I didn't find out my finger was broke until I was seen by medical here in D.O.C. The county neglected to give me an x-ray.

F.      If you did not file a grievance:

1.      If there are any reasons why you did not file a grievance, state them here:

I didn't know my finger was broke until my x-ray came back. County never checked to see if anything was wrong with my finger they just gave me Ibuprofen

2.      If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I informed medical staff about my finger as soon as it happen by submitting an MSR and a nurse came, looked at my finger and put me on Ibuprofen.

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I told several different nurses about my finger. I ask for x-rays and did not receive it. After almost two months I was put on a list to see the doctor.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

## VI.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.   To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes          ☑ No

If yes, state which court dismissed your case and when it was dismissed.  Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes          ☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1.   Parties to the previous lawsuit

Plaintiff _____

Defendant(s) _____

2.   Court (*if federal court, name the district; if state court, name the state and county*)

3.   Docket or case number _____

4.   Name of Judge assigned to your case _____

8

5.      Approximate date of filing lawsuit _____

6.      Is the case still pending?

          ☐ Yes

          ☐ No *(If no, give the approximate date of disposition):*_____

7.      What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

          ☐ Yes             ☑ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.      Parties to the previous lawsuit

      Plaintiff_____

      Defendant(s) _____

2.      Court (*if federal court, name the district; if state court, name the state and county*)

3.      Docket or case number _____

4.      Name of Judge assigned to your case _____

5.      Approximate date of filing lawsuit _____

9

6.  Is the case still pending?

    ☐ Yes

    ☐ No (*If no, give the approximate date of disposition*):_____

7.  What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14th day of December, 20 22.

Signature of Plaintiff

10

Marcus Davis 1041370 H.U.6 #135
Fulton Reception & Diagnostic Center
1393 State Rd O
Fulton, MO 65251-2955

W-135-2

This mail is from an offender in the custody of the MO Department of Corrections

MAILED FROM:
FULTON RECEPTION AND
DIAGNOSTIC CENTER

RECEIVED
2022 DEC 21  PM 1:33
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

MID-MISSOURI 652
19 DEC 2022

US District Court
Western Division
Charles Evans Whittaker
US Courthouse
Kansas City, MO 64106